**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 31 MM 2022 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TONIA SCOTT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, the Motion to Consolidate Cases, the Application to Set Bail and/or Application for Writ of Habeas Corpus, and the Application to Expedite are DENIED.